O

# United States District Court
# Central District Of California

GLENN BOSWORTH

                          Petitioner,

    v.

UNITED STATES OF AMERICA

                          Respondent.

Case No. 2:13-cv-08352 ODW-**
2:09-CR-0052-ODW

**ORDER DENYING PETITIONER'S REQUEST FOR TRANSFER TO MDC-LA FOR RESENTENCING.**

The Court granted Petitioner until June 28, 2014 within which to advise the court of dates convenient to his family to attend a resentencing. The Court expressly stated that if it did not hear from Petitioner within 60 days of the date of the order [April 28, 2014] the Court would assume that the request for a new sentencing hearing has been withdrawn.  The instant request comes six months too late and is therefore DENIED.  This is the final time the court will entertain this request.

January 6, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**