O

# United States District Court
# Central District Of California

| | |
|---|---|
| GLENN BOSWORTH<br><br>              Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>              Respondent. | Case No. 2:13-cv-08352 ODW-**<br>2:09-CR-0052-ODW<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR TRANSFER TO MDC-LA FOR RESENTENCING.** |

The Court granted Petitioner until June 28, 2014 within which to advise the court of dates convenient to his family to attend a resentencing. The Court expressly stated that if it did not hear from Petitioner within 60 days of the date of the order [April 28, 2014] the Court would assume that the request for a new sentencing hearing has been withdrawn. The instant request comes six months too late and is therefore DENIED. This is the final time the court will entertain this request.

**May 6, 2015**

_____
      **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**