O

# United States District Court
# Central District Of California

| | |
|---|---|
| GLENN BOSWORTH<br><br>　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA<br><br>　　　　Respondent. | Case No. 2:13-cv-08352 ODW-**<br>2:09-CR-0052-ODW<br><br>**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION.[27]** |

On January 16, 2015 Petitioner filed a Notice of Appeal from this Court's denial of his request to be transferred to MDC-LA for resentencing. [160] While the matter remains on appeal, Petitioner seeks reconsideration of the District Court's order, setting forth no basis upon which reconsideration may properly be entertained. Regardless, until such time as a Mandate issues, the District Court may not entertain the motion. The motion is therefore DENIED.

**May 6, 2015**

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE