AGAIN O

# United States District Court
# Central District of California

| | |
|---|---|
| GLENN BOSWORTH<br><br>            Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>            Respondent. | Case No. 2:13-cv-08352- ODW-*<br>2:09-CR-0052-ODW<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR RESERVICE OF ORDERS** |

On November 7, 2014 the Court entered an Order (again) denying Petitioner's Motion for an Order Transferring Him to the Metropolitan Detention Center for the purpose of resentencing. [DE 18]. That Order was docketed on CM/ECF and sent to all counsel of record. Counsel of record for Petitioner is shown as Keith J. Bruno, Esq. of Newport Beach, California.

On September 14, 2015 Petitioner filed a motion to be reserved with the November 7, 2015 Order. [DE 32]. In the motion, Petitioners

states that he only became aware of the Court's November 7, 2015 Order when he received the Government's Motion to Dismiss his appeal. Apparently the Court's Order was either attached to or referenced in the government's motion papers.

Omitted from Petitioner's request is a Declaration from his counsel Mr. Bruno stating that he did not receive notice of the Court's Order. The electronic receipt associated with docket entry 18, the Court's November 7, 2015 order, indicates that the Order was docketed on the Electronic Case File at 9:22 a.m. PST on 11/7/2014.  It further shows that among the recipients of the entry was Keith J. Bruno as keither@keithbrunolaw.com. The Court will therefore assume that CM/ECF has functioned as intended and all counsel of record, including Petitioner's counsel of record, have received notices and orders from the court.  If counsel has not communicated those notices and orders to Petitioner, that is not a matter of current concern to the court.  The request for re-service is DENIED.

**September 18, 2015**

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2