AGAIN **O**

# United States District Court
# Central District of California

| | |
|---|---|
| GLENN BOSWORTH<br><br>               Petitioner,<br>  v.<br><br>UNITED STATES OF AMERICA<br><br>               Respondent. | Case No. 2:13-cv-08352 ODW<br>15-50290<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED NOTICE OF APPEAL [34]** |

      The Court is in receipt of Petitioner/Appellant's "pro se" motion for an extension of time to file an amended Notice of Appeal.  Because Petitioner/Appellant is represented by counsel, Mr. Keith Bruno, only Mr. Bruno may submit filings.  The Court declines to entertain filings made by Petitioner/Appellant

      The Clerk shall serve a copy of Petitioner/Appellant's motion on counsel of record, Keith Bruno, Esq.

The Clerk shall serve this Order on Petitioner/Appellant individually at Reg. No. 55611-112, Federal Detention Center, PO BOX 13900, Seattle, WA 98198

**September 22, 2015**

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**